1

2

## UNITED STATES DISTRICT COURT

3

### EASTERN DISTRICT OF WASHINGTON

4

5  JEANNINE DARLING,                    )
                                        )
6              Plaintiff,               )
                                        )               NO.  CV-09-5097-JPH
7        vs.                            )
                                        )          **JUDGMENT IN A**
8  MICHAEL J. ASTRUE,                   )          **CIVIL CASE**
   Commissioner of Social Security,     )
9                                       )
               Defendant.               )
10                                      )
                                        )
11  _____  )

12       **DECISION BY THE COURT:**

13       This action came to hearing before the court.  The issues have been heard

14  and a decision has been rendered.

15       **IT IS ORDERED AND ADJUDGED** that:

16       Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17  Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18       DATED this 6th day of April, 2011.

19                                        JAMES R. LARSEN
                                          District Court Executive/Clerk
20

21

22                                        by: ___s/ Karen White_____
                                              Deputy Clerk
23

24  cc: all counsel

25

26